14118

LUNDY *ET AL.* v. WOODLE *ET AL.*

(181 S. E., 27)

278

*Messrs. Hyman & McInnis* and *Charles B. Elliott,* for appellant,

Mr. E. L. Asbill, for respondents, Milwee Owen and Lillie B. Owen, minors, and their guardian *ad litem,* T. M. Martin,

*Messrs. Stevenson & Lindsay,* for respondents.

August 5, 1935.

The opinion of the Court was delivered by Mr. Chief Justice Stabler.

The conclusions reached by his Honor, Judge Dennis, in this cause are entirely satisfactory to the Court. His decree, therefore, which will be reported, is affirmed.

Messrs. Justices Carter, Bonham, Baker and Fishburne concur.